AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**BRADLEY CARTER**
**DOB:** x/xx/xx
**PDID:** xxx-xxx

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>January 8, 2008</u> in the District of <u>COLUMBIA</u> defendant (s) did, (Track Statutory Language of Offense)

knowingly and willfully combine, conspire, confederate and agree together to transport and/or receive in interstate commerce, stolen goods of a value of $17,915 or more, that is, Gucci bags, from Montgomery County Maryland to the District of Columbia, knowing the same to be stolen.

in violation of Title <u>18</u> United States Code, Section(s) <u>371</u>.

I further state that I am <u>**SPECIAL AGENT DANIEL SPARKS**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**    ☒ Yes   ☐ No

_____
Signature of Complainant
**SPECIAL AGENT DANIEL SPARKS**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____    at    <u>Washington, D.C.</u>
Date                                              City and State

_____        _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

On January 8, 2008, at approximately 10:00 a.m. three males entered the Gucci store, located at 5481 Wisconsin Avenue, Suite B, Chevy Chase, MD and stole 18 handbags valued at $17,915. Your affiant reviewed a video tape of the theft and positively identified Bradley Carter, Walter and Antonio Douglas as being involved. Your affiant has had prior contact with both Bradley Carter and Walter Douglas. 15 of the 18 Gucci handbags were recovered during the execution of a search warrant issued by the United States District Court, District of Columbia at the Rose Mar Liquor Store located at 1537 Good Hope Road, S.E., Washington, D.C. David Nikolow, John Lyons, Walter and Antonio Douglas are currently under indictment in a case involving Interstate Transportation of Stolen Property.

_____
SPECIAL AGENT DANIEL SPARKS
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF MARCH, 2008.

_____
U.S. MAGISTRATE JUDGE